**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION<br>    AGENCY<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460,<br><br>    Defendant. | Civil Action No. 18-877<br>ECF |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff, the Center for Public Integrity ("the Center"), brings this action for declaratory and injunctive relief, alleging as follows:

**Nature of Action**

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the production of certain agency records.

**Jurisdiction and Venue**

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

3. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

**Parties**

4. Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism

organization based in Washington, D.C. The Center's mission is "[t]o serve democracy by revealing abuses of power, corruption and betrayal of public trust by powerful public and private institutions, using the tools of investigative journalism." "About The Center for Public Integrity," http://www.publicintegrity.org/about. Plaintiff is the requester of the withheld records.

5. Defendant, U.S. Environmental Protection Agency ("EPA"), is an agency of the United States. Defendant has possession of and control over the records that Plaintiff seeks.

## Plaintiff's Freedom of Information Requests

6. The following table lists 25 requests for records that Plaintiff, between July 2017 and January 2018, made to Defendant EPA:

| Date | Tracking # | Records Requested |
| --- | --- | --- |
| 7/28/2017 | EPA-HQ-2017-009899 | George Sugiyama's title as of the date of this request; the number of e-mails he has sent and received from May 1, 2017 to the date this request is processed (recorded by week); copies of all e-mails he has sent from sugiyama.george@epa.gov from May 1, 2017 to the date this request is processed; his schedule from May 1, 2017 to the date this request is processed; his general schedule employee pay-scale the date this request is processed; any call logs for the phone number 202-564-3054 from May 1, 2017 to the date this request is processed; and his current employment status from May 1, 2017 to the date this request is processed (eg. active, on leave, etc.). |
| 7/31/2017 | EPA-HQ-2017-009957 | a copy of any and all reports produced by EPA's Regulatory Reform Task Force as required by the Presidential Executive Order on Enforcing the Regulatory Reform Agenda, referencing the related Presidential Executive Order on Reducing Regulation and Controlling Regulatory Costs. I am also requesting the name and title of the person designated as the Regulatory Reform Officer, as specified by the Presidential Executive Order on |

|  |  | Enforcing the Regulatory Reform Agenda. |
|---|---|---|
| 7/31/2017 | EPA-HQ-2017-010001 | All call sheets made by or to, or otherwise prepared for, Scott Pruitt, including names, the time of call, the duration of calls, requests for the call, who was present for the call, any correspondence or documents prepared for, and notes from or following up from the call. Please send these materials for the time period of Feb. 17, 2017 to the date this request is processed. |
| 8/1/2017 | EPA-HQ-2017-010026 | 1. Any e-mails to or from scott.pruitt@me.com and Scott Pruitt, Ryan Jackson, Henry Darwin, Byron Brown, Kevin Chmielewski, Alex Dominguez, Nicholas Falvo, Hayley Ford, Sarah Greenwalt, Mandy Gunasekara, Michelle Hale, Millan Hupp, Albert "Kell" Kelly, Forrest McMurray, Madeline Morris, Carlos Munoz, Ken Wagner, Samantha Dravis, Brittany Bolen, Daisy Letendre, Will Lovell, George Sugiyama, Troy Lyons, Liz Bowman, Holly Greaves, Patrick Traylor, Erik Baptist, Lee Forsgren, Patrick Davis, Nancy Beck and Richard Yamada. 2. Please send the Freedom of Information requests listed below. Please include the original request letter, the response to said request from your agency, and all letters, attachments, enclosures, or any other documents that were provided with the response to the request. The request is EPA-HQ-2017-004238 |
| 8/1/2017 | EPA-HQ-2017-010027 | the names and titles of the criminal enforcement employees currently being used in headquarters to protect Scott Pruitt; the date of their change in assignment; and their previous location of assignment prior to shifting to Pruitt's assignment. Additionally, please send the Freedom of Information requests by control number listed below that we are requesting. Please include the original request letter from the requestor. In addition, please include the response to said request from your agency, including any and all letters, attachments, enclosures, or any other documents that were provided |

| | | |
|---|---|---|
| | | with the response to the request. The request we are requesting is listed by its control numbers below: EPA-HQ-2017-008713 |
| 8/2/2017 | EPA-HQ-2017-010103 | digital copies of all correspondence, limited by date and search terms, between any staff member in the Office of the Administrator regarding the Presidential Executive Order on Enforcing the Regulatory Reform Agenda and the related Presidential Executive Order on Reducing Regulation and Controlling Regulatory Costs. I would like all correspondence from January 20, 2017 up to the date you process this request that contains any of the following phrases: "Enforcing the Regulatory Reform Agenda," "Reducing Regulation and Controlling Regulatory Costs," "executive order," "deregulation," "deregulate." By all correspondence, I mean any emails, letters, texts or messages sent on digital platforms such as Slack that were sent to or received by all staff in the Office of the Administrator. Please send the correspondence on a rolling basis, and do not wait until all correspondence is compiled to fill the request. |
| 8/2/2017 | EPA-HQ-2017-010105 | emails, memorandums and other communications that include both the words "enforcement" and "priorit*," sent between Jan. 20, 2017 and the date you process this request, by employees in the Office of the Administrator, including the Office of Policy, and the Office of Enforcement and Compliance Assurance. Please exclude from this request documents that solely address specific predecisional enforcement actions rather than broader enforcement strategies. [Revised request:] All communications sent between Jan. 20, 2017 and the date you process this request that are emailed simultaneously to all heads or acting heads of EPA's regional offices and/or simultaneously to all enforcement heads or acting enforcement heads of EPA's regional offices, by any of the following people: Lawrence Starfield (starfield.lawrence@epa.gov and any other email used for work); David Cozad (cozad.david@epa.gov and any |

| | | |
|---|---|---|
| | | other email used for work); Patrick Traylor (traylor.patrick@epa.gov and any other email used for work); Susan Shinkman (shinkman.susan@epa.gov and any other email used for work); Rosemarie Kelley (kelley.rosemarie@epa.gov and any other email used for work); John Fogarty (fogarty.johnpc@epa.gov and any other email used for work); Henry Barnet (barnet.henry@epa.gov and any other email used for work); Pam Mazakas (mazakas.pam@epa.gov and any other email used for work); Chuck Cavanaugh (cavanaugh.charles@epa.gov and any other email used for work); David Hindin (hindin.david@epa.gov and any other email used for work); and Susan Bodine (bodine.susan@epa.gov and any other email used for work). |
| 8/2/2017 | EPA-HQ-2017-010107 | Any and all reports produced by the EPA in response to the Presidential Executive Order on Promoting Energy Independence and Economic Growth. |
| 8/2/2017 | EPA-HQ-2017-010125 | all records in your custody or under your control reflecting communications between members of Congress on the one hand, and on the other, the Environmental Protection Agency, including EPA Administrator Scott Pruitt, dated between January 2017 and the present, including but not limited to meeting minutes, appointment logs, emails, reports, surveys, and letters. |
| 8/2/2017 | EPA-HQ-2017-010126 | any and all records in your custody or under your control containing "red team" and "blue team" in the same text, as well as those referencing "critiquing climate change" or "critique climate change," dated from January 20, 2017 to the date you process this request. |
| 8/9/2017 | EPA-HQ-2017-010362 | Any emails, documents or other correspondence sent from or to Michael Dourson of Toxicology Excellence for Risk Assessment (TERA) from 2012 to the date this request is processed, limited to the Office of Chemical Safety and Pollution Prevention (including sub-offices), the Office of the |

| | | |
|---|---|---|
| | | Administrator Immediate Office, the Office of Policy and the Science Advisory Board Staff Office. Please include, but do not limit the search to, the email address "michael.dourson@uc.edu" and email addresses ending with "@tera.org." |
| 8/9/2017 | EPA-HQ-2017-010367 | any and all records in your custody or under your control reflecting communications between representatives of the Utility Solid Waste Activities Group, American Coal Ash Association, and any other individuals or entities, on the one hand, and on the other, supervisory personnel in the U.S. Environmental Protection Agency's Office of Land and Emergency Management, as well as EPA Administrator Scott Pruitt and EPA Acting Assistant Administrator for OLEM Barry Breen, dated between January 2016 and the date you process this request, concerning coal combustion residuals (commonly known as "coal ash") and implementation of the agency's final rule for its disposal, EPA-HQ-RCRA-2009-0640, including but not limited to emails, call sheets, handwritten notes, meeting minutes, meeting agendas, appointment logs, day calendars, reports, surveys, memorandums, letters, text messages and other records via electronic platforms such as Slack or Skype. |
| 8/9/2017 | EPA-HQ-2017-010370 | any and all records in your custody or under your control reflecting communications between supervisory personnel in the Environmental Protection Agency's Office of Air and Radiation, as well as EPA Administrator Scott Pruitt and EPA Acting Assistant Administrator for Air Sarah Dunham, on the one hand, and on the other, representatives of Murray Energy (emails ending in "@coalsource.com," including but not limited to "rmurray@coalsource.com"), Peabody Energy (emails ending in "@PeabodyEnergy.com"), and the National Mining Association (emails ending in "@nma.org"), dated between January 1, 2017 and the date you process this request. Please include but do not limit your search to emails, |

| | | |
|---|---|---|
| | | call sheets, handwritten notes, meeting minutes, meeting agendas, appointment logs, day calendars, reports, surveys, memorandums, letters, text messages and other electronic platforms such as Slack or Skype. |
| 8/9/2017 | EPA-HQ-2017-010380 | any and all records in your custody or under your control reflecting communications between EPA Administrator Scott Pruitt, EPA Acting Assistant Administrator for Air and Radiation Sarah Dunham, EPA Acting Assistant Administrator for Water Michael Shapiro and EPA Acting Assistant Administrator Barry Breen on the one hand, and on the other, representatives of the following entities: NextEra Energy, Duke Energy, Southern Company, Dominion Energy, PG&E and American Electric Power, as well as Edison Electric Institute, Utility Air Regulatory Group, Utility Water Act Group and Utility Solid Waste Activities Group, dated between January 1, 2017 and the date you process this request. Please include but do not limit your search to emails, call sheets, handwritten notes, meeting minutes, meeting agenda sheets, appointment logs, calendar logs, reports, surveys, memorandums, letters, text messages and other electronic communication platforms such as Slack or Skype. |
| 8/9/2017 | EPA-HQ-2017-010384 | and and all records in your custody or under your control reflecting communications between supervisory personnel in the Environmental Protection Agency Office of Air and Radiation's Sector Policy and Programs Division as well as EPA Administrator Scott Pruitt and EPA Acting Assistant Administrator for Air Sarah Dunham on the one hand, and on the other, representatives of outside parties, including other federal agencies, dated from January 20, 2017 to the date you process this request, concerning carbon pollution from power plants and federal regulations for limiting it, whether known as the Clean Power Plan ("Standards of Performance for Greenhouse Gas Emissions from Existing Sources: Electric Utility Generating Units") or under another designation, including |

| | | |
|---|---|---|
| | | but not limited to call logs, call sheets, handwritten notes, day calendars, memorandums, meeting agenda sheets, meeting minutes, appointment logs, emails, reports, surveys, and letters, text messages and other communication records via electronic platforms such as Slack or Skype. |
| 8/9/2017 | EPA-HQ-2017-010399 | all documents in your custody or under your control prepared by supervisory personnel in the Environmental Protection Agency's Office for Water and EPA's Office of General Counsel, as well as all documents prepared by EPA Administrator Scott Pruitt, EPA Associate Administrator Samantha Dravis, EPA Chief of Staff Ryan Jackson and EPA Acting Assistant Administrator for Water Michael Shapiro, relating to President Donald Trump's February 28, 2017, executive order on the Waters of the US rule ("Clean Water Rule: Definition of 'Waters of the United States'"), dated from February 2017 to the date you process this request, including but not limited to opinions, memorandums, reports, surveys, analyses, meeting minutes and meeting agenda sheets. |
| 8/10/2017 | EPA-HQ-2017-010400 | any and all policies, directives or other documents referring to the scientific advisory process at the EPA, including the Scientific Advisory Board, the Clean Air Scientific Advisory Committee, the Board of Scientific Counselors and/or peer review generally. I am also requesting any and all communications referring to the Scientific Advisory Board, the Clean Air Scientific Advisory Committee, the Board of Scientific Counselors and/or peer review. Please limit the search to 1/20/17 through the date you process this request. |
| 10/6/2017 | EPA-HQ-2018-000213 | any and all communications between Elizabeth "Liz" Bowman and employees of the Environmental Protection Agency while she worked for the American Chemistry Council—from October 2012 to March 2017. Specifically, the e-mail address appearing would be liz_bowman@americanchemistry.com. Please start with e-mails between |

| | | |
|---|---|---|
| | | Bowman (at the ACC e-mail) and Scott Pruitt, Michael Abboud, Layne Bangerter, Don Benton, Byron Brown, Patrick J. Davis, Doug Ericksen, Lincoln Ferguson, David Fotouhi, Holly W. Greaves, Sarah Greenwalt, Amanda Gunasekara, Dawn Michelle Hale, Sydney Morgan Hupp, Milan Hupp, Ryan Jackson, Justin Schwab, John Konkus, David W. Kreutzer, Troy Lyons, Charles Munoz, David Schnare and George Sugiyama. Under the Obama administration, please start with e-mails between Bowman (at the ACC e-mail) and the individuals who filled the positions of associate administrator for the Office of Public Engagement and Environmental Education, chief of staff for that office, director of public engagement and environmental education, deputy director of public engagement and public health based initiatives, special assistant for public engagement and program specialist for that office. Please also check the e-mails of the individuals who filled the positions of EPA administrator, EPA chief of staff, director of scheduling and advance, assistant administrator for the Office of Chemical Safety and Pollution Prevention, deputy assistant administrator for that office, senior policy counsel for that office, scheduler for that office, the assistant administrator for the Office of Air and Radiation and the assistant administrator for the Office of Policy. |
| 10/6/2017 | EPA-HQ-2018-000214 | any and all e-mails sent to individuals outside of the Trump administration from Liz Bowman, assistant administrator for the EPA's Office of Public Affairs (Bowman.Liz@epa.gov) from May 14, 2017 through the date that this request is processed. |
| 10/13/2017 | EPA-HQ-2018-000532 | any and all guidance from political appointees to career press officers on working with the press that was issued from President Donald Trump's inauguration, Jan. 20, 2017, to the date this search is executed. |
| 10/25/2017 | EPA-HQ-2018-001027 | any and all correspondence on changing or proposing to change the roles of the Office of Research and Development and/or the Office of Chemical |

| | | |
|---|---|---|
| | | Safety and Pollution Prevention in carrying out the "Integrated Risk Information System" or "IRIS." Please search the following employees' e-mails for this correspondence: Scott Pruitt, Richard Yamada, Samantha Dravis, Sarah Greenwalt, Mandy Gunasekara, Ryan Jackson, Nancy Beck, Robert Kavlock, Liz Bowman, and Wendy Cleland-Hamnett. Please execute the search for the timeframe of Feb. 17, 2017 through the date this request is processed. Please also send any e-mails on this issue between any of these individuals and any individual representing the American Chemistry Council, using an e-mail that ends with "@americanchemistry.com" or otherwise working for the American Chemistry Council. These lobbying firms have been on retainer for the group so far in 2017: Holland & Knight, The Russell Group, Inc., Baker & Hostetler LLP, Mehlman Castagnetti Rosen & Thomas Inc., Ogilvy Government Relations, CGCN Group LLC, Polsinelli PC, Dentons US LLP, Schumacher Partners International LLC, Mercury and Beveridge & Diamond PC. |
| 11/6/2017 | EPA-HQ-2018-001387 | any documents from regulated entities that contain any reference to potential compliance deadline extensions related to agency actions or requirements. Please send any information about meetings that discuss potential compliance deadline extensions, including meeting notes or emails describing the purpose of the meeting. Please also send any documents that contain information related to follow up activity from the meetings or initial documents, including emails or letters that reference the potential compliance deadline extensions. Please look for these letters from Feb. 17 through the date this request is processed. |
| 11/6/2017 | EPA-HQ-2018-001388 | any copies and/or transcripts of the following speeches or other remarks given by Scott Pruitt at: (1) the National Association of Manufacturers event in Scottsdale, Arizona on March 6; (2) American Petroleum |

| | | |
|---|---|---|
| | | Institute's Executive Committee and Board of Directors Dinner at Trump International Hotel on March 22; (3) Ag America Caucus at J.W. Marriott in Washington, D.C. on April 5; National Association of Royalty Owners Convention at the Embassy Suites Hilton Norman Hotel & Convention Center on April 21; (4) National Mining Association's spring board of directors meeting on April 24 at the Ritz Carlton Golf Resort in Naples, Fla.; (5) Alliance Resource Partners LP Board of Directors meeting on April 26 at the Trump International Hotel in Washington, D.C.; (6) Portland Cement Association event on May 9 in Washington, DC; (7) the Heritage Foundation event May 11 (2017 Resource Bank Meeting) in Colorado Springs, Colo.; (8) Manhattan Institute Board Meeting at the Union League Club in New York, N.Y. on May 17; (9) American Iron and Steel event at the Four Seasons Hotel on May 23; the American Exploration & Production Council's annual Washington CEO meeting in Russell Senate Office Building on May 24; (10) the Energy and Environment Symposium at the City Club of Washington on May 24; (11) the US Oil and Gas Association Board of Directors and Executive Committee Annual Meeting at the Hay Adams Hotel on May 25; and (12) the American Chemistry Council's 2017 chairman's dinner, board of directors & related events on Nov. 9 at the Sanctuary in Kiawah Island, South Carolina. Please also send any documents containing any reference to the drafting of these speeches or follow-up from these speeches. |
| 1/25/2018 | EPA-HQ-2018-003768 | In response to a previous FOIA request, I have seen EPA's congressional correspondence logs identifying specific pieces of correspondence between EPA and Congress members by control number and congressional office. I am now requesting specific pieces of correspondence identified in those correspondence logs by control number and congressional office. Please include attachments, enclosures or any other documents that were provided |

| | | |
|---|---|---|
| | | with the piece(s) of correspondence in its original form. In addition, please provide all direct agency responses to the requested piece(s) of correspondence. I request the following piece(s) of correspondence listed by control number and congressional office, dated between November 2016 and June 2017: AL-17-000-1704 Ron Johnson; AL-17-000-3145 David Price; R4-17-000-2635-C David Price; AL-17-000-2493 Jose Serrano; AL-17-000-3708 Sheldon Whitehouse; AL-17-000-3436 Ron Johnson; AL-17-000-6950 Jay Inslee; AL-17-000-7145 Sheldon Whitehouse; AL-17-000-6415 Earl Blumenauer; AL-17-000-7576 Raul Grijalva; AL-17-000-8050 Dwight Evans; AL-17 -000-7292 Al Franken; AL-17-000-7536 Al Franken; AL-17-000-7263 Patrick Leahy; AL-1.7-000-8871 Anna Eshoo; AL-17-000-8234 Jay Inslee; AL-17-000-9038 Diana Degette; AL-17-000-9264 Bill Foster; AL-17-000-9862 Mike Quigley; AL-17-000-9821 Mike Quigley; AL-17-000-9757 Doris Matsui; AL-17-000-8995 Jeanne Shaheen; AL-17-000-9911 Jack Reed; AL-17-000-8838 Pramila Jayapala; AL-17-000-8450 Pramila Jayapala; and AL-17-000-9756 James Inhofe |
| 1/25/2018 | EPA-HQ-2018-003772 | All records in your custody or under your control concerning all logs of correspondence that record letters from members of Congress to EPA from July 1, 2017 to the date you process this request. The logs should detail the correspondence's control number, the date it was received, what congressional office sent it and its subject. Please redact constituents' names and other personal information detailed in these logs in order to expedite this request. |

7.      In its online FOIA request system, at https://foiaonline.regulations.gov, Defendant does not list realistic estimated dates of completion for FOIA requests it receives and does not update estimated dates of completion after the listed dates have passed. Despite numerous

inquiries from Plaintiff, Defendant has not communicated updated estimated dates of completion for Plaintiff's requests.

8. With respect to each request listed above, Defendant has not produced records responsive to Plaintiff's request nor made a determination on Plaintiff's request.

9. With respect to each request listed above, more than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

10. Plaintiff has a statutory right to the withheld records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

## Demand for Relief

WHEREFORE, Plaintiff requests that this Court:

1. Declare that Defendant's failure to disclose the records requested by Plaintiff is unlawful;

2. Order Defendant to make the requested records available to Plaintiff;

3. Award Plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

April 13, 2018